No. 77–547.  FREELAND v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–561.  SCHMALTZ v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 77–5093.  KESLER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–5148.  JORDAN v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 77–5175.  LUMPKIN v. RICKETTS, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 77–5196.  SMITH v. BRITT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 77–5206.  ROBERTS v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 77–5240.  SMITH v. GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 77–5249.  JEFFERSON ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–5272.  GOODE v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 77–5347.  BRAGER v. RIGGSBY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 77–5377.  CHEYENNE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 77–5411.  FRAZIER v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.